**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jorge A Duran, | Case No. 26-10908-PMM |
| | Chapter 13 |
| *Debtor(s).* | |

**Certificate of Service**

I, Brad J. Sadek, certify that on March 16, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: March 16, 2026

/s/ Brad J. Sadek
Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com

**Mailing List Exhibit**

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Jorge A Duran<br>4160 Orchard Street<br>Philadelphia, PA 19124 | Debtor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Kenneth E. West<br>190 N. Independence Mall West<br>Suite 701<br>Philadelphia, PA 19106 | Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | U.S. Trustee | ☒ CM/ECF<br>☐ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Pennsylvania Department of Revenue<br>Attn: Bankruptcy Division<br>Department 280946<br>Harrisburg, PA 17128 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Pennsylvania Office of Attorney General<br>Attn: Financial Enforcement Section<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| U.S. Attorney's Office<br>Attn: Civil Process Clerk<br>615 Chestnut Street, 12th Floor<br>Philadelphia, PA 19106 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Philadelphia Parking Authority<br>Bankruptcy Department<br>701 Market Street<br>Philadelphia, PA 19106 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| City of Philadelphia Law Department<br>1401 John F. Kennedy Blvd.<br>Philadelphia, PA 19102 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| City of Philadelphia<br>Parking Violation Branch<br>PO Box 41819<br>Philadelphia, PA 19101 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Chex Systems Inc.<br>PO Box 583399<br>Minneapolis, MN 55458 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Amex<br>Correspondence/Bankruptcy<br>PO Box 981535<br>El Paso, TX 79998-1535 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>PO Box 8801<br>Wilmington, DE 19899-8801 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Capital One<br>AttN: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15299<br>Wilmington, DE 19850-5299 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Key Bank N.A.<br>Attn: Bankruptcy Department<br>PO Box 216<br>Appomattox, VA 24522-0216 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| U.S. Bankcorp<br>Attn: Bnakruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402-7000 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| U.S. Small Business Administration<br>Office of General Counsel<br>409 3rd St SW<br>Washington, DC 20416 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| First National Bank of Omaha<br>1601 Dodge St Stop Code 3113<br>Omaha, NE 68197 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |