UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

**IN RE:**                                                           **CASE NO.: 26-10908-pmm**
                                                                      **CHAPTER 13**

**Jorge A Duran,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-WL3, ASSET-BACKED CERTIFICATES, SERIES 2006-WL3 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Robert Shearer
    Robert Shearer
    Email: rshearer@raslg.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on March 16, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JORGE A DURAN
4160 ORCHARD STREET
PHILADELPHIA, PA 19124

And via electronic mail to:

SADEK LAW OFFICES, LLC
1500 JFK BOULEVARD STE 220
PHILADELPHIA, PA 19102

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Robert Shearer
Robert Shearer
Email: rshearer@raslg.com